IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TABITHA KENT,<br>    Plaintiff,<br><br>v.<br><br>MASTERBRAND CABINETS,<br>INC.,<br>    Defendant. | NO. 2:05cv0037<br>JUDGE HAYNES |

### ORDER

In accordance with the Memorandum filed herewith, Defendant MasterBrand Cabinets, Inc.'s motion for summary judgment (Docket Entry No. 31) is **DENIED**. Plaintiff has presented sufficient evidence demonstrating that genuine issues of material fact exist for her claim of retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a).

It is so **ORDERED**.

**ENTERED** on this the 31st day of January, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge